396 P.3d 1155

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Nikilyn LOVE, Defendant-Appellant**

**NO. CAAP-16-0000572**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (SOUTH KOHALA DIVISION) (CASE NO. 3DTA-16-00995)

SUMMARY DISPOSITION ORDER

Affirmed.